LENNOX S. HINDS *ET AL.*, PLAINTIFFS-APPELLANTS, v. NEW JERSEY STATE BOARD OF BAR EXAMINERS *ET AL.*, DEFENDANTS-RESPONDENTS.

Decided November 27, 1973.

*Mr. Alfred A. Slocum* for the plaintiffs.

*Mr. Richard M. Conley,* Deputy Attorney General, for the defendants (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney).

PER CURIAM: We have reviewed the documents submitted and are satisfied that no oral argument is called for. The motion for leave to appeal is denied and the application for stay is denied.

*For denial*—Justices JACOBS, HALL, PASHMAN and CLIFFORD and Judges CONFORD and COLLESTER—6.

*Opposed*—None.